UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>KYLE BECK,<br><br>                    Defendant. | 5:24-CR-50048-JLV-1<br><br><br>REPORT AND RECOMMENDATION REGARDING *PRO SE* MOTION TO DISMISS INDICTMENT |

Defendant Kyle Beck filed a *pro se* motion to dismiss indictment.  (Doc. 144).  Because Defendant is represented by counsel, all motions must be made through his attorney.  See United States v. Stanko, 491 F.3d 408, 411 n.2 (8th Cir. 2007) (The court declines to address *pro se* motions when defendant is represented by counsel); United States v. Peck, 161 F.3d 1171, 1174 n.2 (8th Cir. 1998) (It is not the court's "practice to consider *pro se* briefs filed by parties represented by counsel").  Accordingly, it is recommended that defendant's *pro se* motion to dismiss indictment (Doc. 144) be denied without prejudice.

DATED this 17th day of March, 2026.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge