UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE BECK,<br><br>Defendant. | 5:24-CR-50048-KES<br><br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION |

Defendant, Kyle Beck, filed a pro se motion to dismiss the indictment. Docket 144. The motion was referred to United States Magistrate Daneta Wollmann for a report and recommendation under 28 U.S.C. § 636(b)(1)(B). On March 17, 2026, Magistrate Judge Wollmann issued a report recommending that Beck's motion be denied. Docket 146. Neither party filed objections to the report. After de novo review of the report and the record, the court adopts Magistrate Judge Wollmann's report and recommendation in full.

Additionally, Beck filed a request for an evidentiary hearing. Docket 151. But because Beck is represented by counsel, all motions must be made through his attorney. *See United States v. Stanko*, 491 F.3d 408, 411 n.2 (8th Cir. 2007) (The court declines to address pro se motions when defendant is represented by counsel); *United States v. Peck*, 161 F.3d 1171, 1174 n.2 (8th Cir. 1998) (It is not the court's "practice to consider pro se briefs filed by parties represented by counsel"). Thus, it is

ORDERED that the report and recommendation (Docket 146) is adopted. It is

FURTHER ORDERED that Beck's motion to dismiss (Docket 144) is denied.

It is

FURTHER ORDERED that Beck's request for an evidentiary hearing (Docket 151) is denied.

DATED April 2, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE