UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KYLE BECK, <br><br> Defendant. | 5:24-CR-50048-KES <br><br> ORDER DENYING <br> PRO SE MOTION |

Defendant, Kyle Beck, moves pro se for a writ of habeas corpus, alleging that he is "being withheld in violation of federalism and comity under *Younger* Doctrine, abstention doctrine, and . . . *Colorado River* abstention." Docket 209. Beck, however, is represented by counsel and is not proceeding pro se in this matter. "[A] district court has no obligation to entertain pro se motions filed by a represented party." *United States v. Pate*, 754 F.3d 550, 553 (8th Cir. 2014) (quoting *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001)). As such, the court will not consider Beck's pro se motion and will only accept those filed by counsel.

In any event, to the extent Beck seeks relief under 28 U.S.C. § 2255, the motion is premature. Section 2255 is available only to "[a] prisoner in custody under sentence of a court established by Act of Congress." 28 U.S.C. § 2255(a). Beck has not yet been sentenced, and no final judgment has been entered in this case. Accordingly, the motion is denied without prejudice. It is therefore

ORDERED that defendant's pro se motion (Docket 209) is denied without prejudice.

DATED June 30, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE